

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Wilma McCoy and Charles E. McCoy

No. 06-18-00064-CV

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 16-1071). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the portion of the trial court's judgment awarding Wilma McCoy spousal maintenance, and we render judgment denying her request for such maintenance. In all other respects, we affirm the trial court's judgment.

We further order that the appellee pay all costs of this appeal.

RENDERED DECEMBER 28, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk